

SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar No. 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Allison.Reese@usdoj.gov
*Attorneys for the United States*

FILED.

DATED: 2:55 pm, November 09, 2023

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MOSQUEDA,<br>AKA "JIMMY,"<br><br>Defendant. | Case No. 2:23-mj-00969-DJA<br><br>**COMPLAINT**<br><br>VIOLATIONS:<br><br>Count One:<br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>Count Two:<br>18 U.S.C. §§ 933(a)(1), and 924(d)(1) – Trafficking in Firearms<br><br>Count Three:<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of a Controlled Substance<br><br>Counts Four, Five, Six, and Seven:<br>18 U.S.C. §§ 922(o) and 924 (a)(2)– Unlawful Transfer or Possession of Machinegun |

///

1

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

**COUNT ONE**
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

Beginning on or about a date unknown, and continuing up to and including October 30, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms that is, the defendant manufactured and sold privately made firearms and machine gun conversion devices, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
*Trafficking in Firearms*
(18 U.S.C. §§ 933(a)(1) and 924(d)(1))

Beginning on or about September 26, 2023, and continuing up to and including on or about October 30, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, knowingly transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Section 933.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**COUNT THREE**
*Distribution of a Controlled Substance (Methamphetamine)*
(21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii))

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA**, **aka "Jimmy,"**

defendant herein, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT FOUR**
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 2, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA**, **aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

**COUNT FIVE**
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 12, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA**, **aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

3

## COUNT SIX
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA**, **aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun

conversion devices used to modify a semi-automatic firearm to fire as fully automatic

weapons, enabling a firearm to shoot more than one shot, without manual reloading, by a

single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

## COUNT SEVEN
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 30, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA**, **aka "Jimmy,"**

defendant herein, did knowingly possess a machinegun, to wit: machinegun conversion

devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a

firearm to shoot more than one shot, without manual reloading, by a single function of the

trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

## PROBABLE CAUSE AFFIDAVIT

I, Brandon May, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

(ATF), being first duly sworn, states the following as and for probable cause:

1.      Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms,

and Explosives (ATF), a component of the United States Department of Justice, and has been

so employed since September of 2015. Your Affiant is currently assigned to the ATF Las Vegas

Group II Crime Gun Intelligence Task Force. As an ATF Special Agent, Your Affiant has

successfully completed the Criminal Investigator Training Program at the Federal Law

1    Enforcement Training Center and Special Agent Basic Training at the ATF National Academy.

2    The training that I received at the academy included formalized instruction in, among other

3    things: firearms, drugs, and violent crime-related investigations, familiarization with United

4    States firearms laws, financial investigations and money laundering, identification and seizure

5    of drug and firearms tracking related assets, physical and electronic surveillance, weapon

6    qualification and tactics, operation and use of confidential sources, and undercover operations.

7          2.       The following information contained within this criminal complaint is based

8    upon your Affiant's participation in this investigation as well as information and reports

9    provided to me by other law enforcement personnel. This statement does not include all

10   information in reference to this investigation, but rather only those facts necessary to establish

11   probable cause. All times are approximate.

12                        **FACTS ESTABLISHING PROBABLE CAUSE**

13         3.       During September 2023, agents debriefed an ATF CI[1], hereinafter referred to as

14   "CI-1," regarding an individual who is manufacturing firearms that is recognized by the

15   moniker "Jimmy." This individual was later identified as James MOSQUEDA. CI-1 informed

16   agents that MOSQUEDA utilizes the public Instagram profile "trapscamflo," to advertise

17   firearms and machinegun conversion devices (MCDs) for sale. Further, CI-1 informed agents

18   that MOSQUEDA resides in an apartment complex near the area of Las Vegas Boulevard and

19   East Cecile Ave in Las Vegas, Nevada. CI-1 continued to state that MOSQUEDA

20   manufactures privately made firearms (PMFs) and MCDs in his apartment.

21   ///

22

23   _____

[1] This person has worked for ATF in the past for possible consideration in a firearms and
24   narcotics trafficking investigation. The information provided to ATF by the ATF CI has, to
     date, been found to be credible and much of it has been corroborated. ATF CI has been arrested
     for a domestic violence related incident in the past.

5

4.      On or about September 11, 2023, your Affiant reviewed Instagram profile "trapscamflo," specifically the Highlighted Stories of the Instagram page. During this time, the following images and videos were viewed depicting firearms and MCDs:

a.      Your Affiant viewed a video of what appeared to be a PMF pistol being held by an individual wearing a blue latex type glove marked "35w," meaning it was posted to the account approximately 35 weeks prior to your Affiant viewing it (reference video still image below).



b.      Your Affiant viewed an image of what appeared to be multiple "Glock switch" style MCDs which was marked "32w," meaning it was posted to the account approximately 32 weeks prior to your Affiant viewing it. Further, the image was captioned with the following emojis, "🔑 📱" (reference image below). Your Affiant recognized the plug emoji to mean "supply" and the cellphone emoji to mean "tap in" or "contact." Based on the context of the image and the emoji's, your Affiant understood that the MCDs were being advertised for sale.



        c.      Your Affiant viewed a video of what appeared to a Hispanic male adult shooting a machinegun, which was marked "32w," meaning it was posted to the account approximately 32 weeks prior to your Affiant viewing it (reference image below). The video was captioned "switch," which your Affiant understood to be referring a "Glock switch," or MCD.



1        5.        On or about September 20, 2023, CI-1 informed agents that MOSQUEDA also

2   utilizes the public Instagram profile "rezobuckz," with the bio having the hashtag

3   "#FederalNightmares" (reference screenshot image below).



6.       Continuing on this date, your Affiant reviewed the public Instagram profile

"rezobuckz," specifically the Highlighted Stories of the Instagram page. During this time, your

Affiant noted the following images and videos depicting firearms:

     a.       Your Affiant viewed a video of what appeared to be a PMF pistol being

held by an individual wearing a blue latex type glove marked "2w," meaning it was posted to

the account approximately 2 weeks prior to your Affiant viewing it (reference image below).

Further, the video was captioned with the following emoji, "🗳." Based on the context of the

video and the emoji's depicted, your Affiant understood that the PMFs were being advertised

for sale.

///



        b.      Your Affiant viewed a video of what appeared to be a PMF pistol frame

being held by an unknown individual marked "11w," meaning it was posted to the account

approximately 11 weeks prior to your Affiant viewing it (reference image below). Further, the

background of the video appears to depict a 3-D printer actively printing. Your Affiant knows

from training and experience that 3-D printers can be utilized to manufacture firearms,

specifically the type of firearms depicted in the video.



c.     Your Affiant viewed a video of what appeared to be a PMF pistol frame being held by an unknown individual marked "21w," meaning it was posted to the account approximately 21 weeks prior to your Affiant viewing it. Further, the background of the video appears to depict a 3-D printer actively printing a lower receiver of a firearm.

d.     Your Affiant viewed a video of what appeared to be a portable CNC milling machine and a laptop marked "33w," meaning it was posted to the account approximately 33 weeks prior to your Affiant viewing it. Further, the video is captioned the following, "You eva turn the kitchen to a ghost gun shop." Your Affiant recognized the term "ghost gun" to be street vernacular for an un-serialized firearm, or PMF.

e.     Your Affiant viewed a video of what appeared to be a portable CNC milling machine and a laptop running software marked "39w," meaning it was posted to the account approximately 39 weeks prior to your Affiant viewing it. Further, the laptops screen is visible in the video with a completion bar "7%" completed and "MILL TRIGGER WELL" in bold lettering on the top of the screen. The video then pans over to an individual holding four AR variant style lower receivers. Moments later, the video pans to CNC machine with what appears to be an AR lower receiver being milled.

7.     On September 21, 2023, LVMPD Intelligence Analysts determined that Instagram profile "rezobuckz" and "trapscamflo" are associated with the individual James MOSQUEDA. Your Affiant reviewed a Clark County Detention Center (CCDC) booking photograph of MOSQUEDA, which was captured on or about June 20, 2023, and compared it to various images posted to the aforementioned Instagram accounts. Your Affiant recognized the individual depicted in the images posted to Instagram profile "rezobuckz" and "trapscamflo" to be MOSQUEDA. Continuing on this date, agents showed CI-1 a redacted

version of the booking photograph of MOSQUEDA. CI-1 recognized the individual in the image to be "Jimmy."

8.      Between September 18, 2023, and September 26, 2023, CI-1 contacted MOSQUEDA by direct messaging the Instagram account Instagram profile "rezobuckz," to arrange a future firearm transaction.

9.      On September 26, 2023, agents conducted a controlled purchase operation involving CI-1 and an additional ATF CI, hereinafter referred to as CI- 2[2], of an un-serialized 9mm PMF and a Heckler and Koch USP .45 pistol bearing S/N "29-087696" from MOSQUEDA. Prior to the transaction, CI-1 and MOSQUEDA agreed to conduct the transaction in the North Las Vegas, Nevada area through recorded Instagram direct messages. Prior to the transaction, surveillance units observed a two door Honda Civic park near the CI vehicle. The vehicle license plate was later noted as 779 T08. Surveillance units observed MOSQUEDA exit the vehicle as the driver and approach CI-1 and CI-2, who were located outside, but in close proximity to, the CI vehicle. Moments later CI-2 paid MOSQUEDA $900.00 in pre-recorded currency for a 9mm PMF pistol. MOSQUEDA then informed CI-1 and CI-2 that he had an additional pistol for sale, which was located at his residence. A short time later, MOSQUEDA departed the predetermined meeting location followed by surveillance units. During this time, MOSQUEDA was observed turning Northbound on Hawken Drive from Geist Avenue. At this time, surveillance units lost visual of MOSQUEDA. A short time later, MOSQUEDA arrived back at the predetermined meeting location. Moments later, CI-2 paid $900.00, in pre-recorded currency, to MOSQUEDA for Heckler and Koch USP .45 pistol

_____

[2] This person has received pecuniary payments for his/her assistance. The information provided to ATF by the ATF CI has, to date, been found to be credible and much of it has been corroborated. The CI's criminal history includes, but not limited to, the following: illegal reentry convictions; burglary convictions; narcotics convictions; weapon related arrests; money laundering arrests; and claims of US citizenship.

bearing S/N "29-087696." Further, CI-2 obtained the phone number 702-308-XXXX to arrange future firearms transactions from MOSQUEDA. Moments later, surveillance units observed MOSQUEDA depart the area. At the conclusion of the controlled purchase, agents debriefed CI-2. During this time, CI-2 informed agents that MOSQUEDA informed them that he can obtain AR machinegun conversion devices (MCDs) and that he can manufacture firearms.

10.     Between September 27, 2023, and October 2, 2023, CI-2 exchanged phone contacts with MOSQUEDA by contacting 702-308-XXXX to arrange a future firearm transaction.

11.     On October 2, 2023, agents conducted a controlled purchase operation involving CI-2 of an un-serialized 9mm PMF, a silencer, and 13 MCDs from MOSQUEDA. Prior to the transaction, CI-2 and MOSQUEDA agreed to conduct the transaction in the Las Vegas, Nevada area through recorded phone contacts. Immediately prior to the CI-2's arrival at the predetermined meeting location, surveillance units observed MOSQUEDA standing in front of his residence carrying a black backpack. Upon CI-2's arrival, MOSQUEDA walked toward the CI vehicle. While in the CI vehicle, MOSQUEDA removed the backpack and placed it in his lap. Moments later, MOSQUEDA removed a clear plastic bag containing MCDs and handed it to CI-2. A short time later, MOSQUEDA took out a white colored AR style pistol from the same backpack and showed it to CI-2. At that time, MOSQUEDA opened the AR style pistol, grabbed one of the MCDs from the plastic bag and inserted the MCD into the AR style pistol, converting the firearm into a machinegun for CI-2. Once MOSQUEDA inserted the MCD, he racked the firearm and pulled the trigger to show CI-2 that the firearm works with the MCD. MOSQUEDA then handed the machinegun to CI-2. Below is a video still of MOSQUEDA inserting the MCD into the AR style firearm:



12. Moments later, MOSQUEDA took out a black silencer from his backpack. MOSQUEDA then took back the AR style pistol that was converted into a machinegun and attached the silencer. Shortly after, MOSQUEDA attached the silencer, then MOSQUEDA took the silencer off and attached the original muzzle attachment and put the suspected machinegun, silencer, and the MCDs back into the backpack. Below is a video still of MOSQUEDA with the suspected machinegun with the attached silencer.

13

13.     Moments later, CI -2 handed MOSQUEDA $1,400.00 of pre-recorded currency for the firearms. A short time later, MOSQUEDA exited the CI vehicle and was observed walking towards his residence. At or about this time, the CI vehicle departed the area and was followed by surveillance units to a predetermined meeting location where agents took custody of the firearms.

14.     An ATF Firearms & Technology Division (FATD) Firearms Enforcement Officer (FEO) later examined the un-serialized 9mm PMF, a suppressor, and 13 MCDs from MOSQUEDA. The 9mm PMF did not function as machinegun when the firearm was test fired. The firearm silencer contained baffling and other parts designed to baffle or muzzle the noise, which was determined to be a "firearm silencer" as defined in 18 U.S.C. § 921(a)(25). Numerous MCDs from the group of MCDs purchased from MOSQUEDA were inserted into an AR-15 rifle and test fired. With the MCDs installed, the AR-15 fired numerous rounds automatically. The devices converted the weapon into a machinegun and were determined to be a "machinegun" as defined in 26 U.S.C. § 5845(b).

15.     Between October 9, 2023, and October 12, 2023, CI-2 exchanged phone contacts with MOSQUEDA by contacting 702-308-XXXX to arrange a future firearm transaction.

16.     On October 12, 2023, a short time before the controlled purchase conducted later that afternoon, your Affiant reviewed the public Instagram profile "rezobuckz," specifically the Stories of the Instagram page. During this time, your Affiant viewed a video of what appeared to an individual handling a lower receiver for a PMF. The video was marked "1h," meaning it was posted to the account approximately 1 hour prior to your Affiant viewing it (reference image below). Further, the video was captioned with the following, "Time is Money." The video pans over to what appears to be a 3-D printer with multiple AR style "drop in" MCDs.

17.     On October 12, 2023, the ATF and Homeland Security Investigations (HSI) conducted a controlled purchase operation involving CI-2 who agreed to purchase an un-serialized 9mm PMF and 55 MCDs from MOSQUEDA. Prior to the transaction, CI-2 and MOSQUEDA agreed to conduct the transaction near MOSQUEDA's residence through recorded phone contacts on 702-308-XXXX. Prior to the controlled purchase, surveillance units observed MOSQUEDA exit the patio door of his residence carrying a small child. A short time later, MOSQUEDA returned to the rear patio door of his residence carrying a small child and what appeared to be mail, specifically USPS packages. Shortly after, the CI vehicle was followed by agents to the predetermined meeting location near MOSQUEDA's residence. Surveillance units then observed MOSQUEDA walking from the direction of his suspected residence to the CI vehicle, carrying a small black bag. MOSQUEDA then entered the CI vehicle carrying the aforementioned bag. During the transaction, MOSQUEDA removed a

MCD from the black bag and displayed the strength of the MCD to CI-2, reference video still below.



18.     Moments later, MOSQUEDA removed a pistol from his waistband area, racked it, and handed it to CI-2, reference video still below.



19.     Moments later, CI-2 called an HSI SA acting in an undercover capacity ("UC"). The phone call was placed on speakerphone with MOSQUEDA present. MOSQUEDA and the undercover agent discussed MOSQUEDA's sources of methamphetamine. MOSQUEDA

1   informed the UC that his methamphetamine source would be obtaining "3 P's," which your

2   Affiant understood to mean three pounds of methamphetamine. MOSQUEDA later obtained

3   the UC's phone number from CI-2. CI-2 then paid MOSQUEDA $1,400.00 for the PMF and

4   55 MCDs. A short time later, MOSQUEDA exited the CI vehicle and walked to and entered

5   his residence via the rear patio door. The CI vehicle departed the area and was followed by

6   surveillance units to a predetermined meeting location where agents took custody of the

7   firearms. Below is an image of the items purchased from MOSQUEDA on October 12, 2023:



19      20.      An ATF Firearms & Technology Division Firearms Enforcement Officer later

20   examined the 55 MCDs from MOSQUEDA. Numerous MCDs from the group of MCDs

21   purchased from MOSQUEDA were inserted into an AR-15 rifle and test fired. With the MCDs

22   installed, the AR-15 fired numerous rounds automatically. The devices converted the weapon

23   into a machinegun and were determined to be a "machinegun" as defined in 26 U.S.C.

24   § 5845(b).

21.     Between October 16, 2023, and October 20, 2023, CI-2 exchanged phone contacts with MOSQUEDA by contacting 702-308-XXXX to arrange a future firearm and narcotics transaction.

22.     On October 20, 2023, the ATF, HSI, and the Drug Enforcement Agency (DEA) conducted a controlled purchase operation involving CI-2 and an HSI UC who agreed to purchase MCDs, a PMF pistol, and methamphetamine from MOSQUEDA. Prior to the transaction, CI-2, the UC, and MOSQUEDA agreed to conduct the transaction in the Las Vegas, Nevada area through recorded phone contacts on 702-308-XXXX. During the transaction, the UC observed MOSQUEDA walk towards the UC vehicle carrying a black backpack from the area of his residence and enter the UC vehicle. MOSQUEDA then removed approximately two pounds of suspected methamphetamine, which was wrapped in plastic and vacuum sealed, from the backpack and handed it to the UC. The UC then confirmed the price of $1,300.00 per pound of methamphetamine, to which MOSQUEDA affirmed. MOSQUEDA then removed 10 suspected "Glock switch" style MCDs (contained in a plastic bag), a 9mm PMF pistol, and 32 AR "drop in" style MCDs (contained in a plastic bag) from the backpack. The UC then handed MOSQUEDA $2,600.00 of pre-recorded currency for the suspected methamphetamine. Moments later, CI-2 handed MOSQUEDA $1,000.00 of pre-recorded currency for the firearms.

23.     A short time later, MOSQUEDA exited the UC vehicle and walked in a northeast direction in the complex while utilizing a cellular phone. The UC vehicle then departed the area and was followed by surveillance units to a predetermined meeting location where ATF took custody of the firearms, and the DEA took custody of the suspected methamphetamine Agents later conducted a presumptive field test of the suspected methamphetamine which resulted in positive results. Agents also weighed the

methamphetamine, which weighed 1,061 gross grams. Below is an image of the items purchased from MOSQUEDA on October 20, 2023:



24.     An ATF Firearms & Technology Division Firearms Enforcement Officer later examined the 32 "drop in" type MCDs and the 10 "Glock switch" switch from MOSQUEDA. Numerous of the "drop in" style MCDs, from the group of MCDs purchased from MOSQUEDA, were inserted into an AR-15 rifle and test fired. With the MCDs installed, the AR-15 fired numerous rounds automatically. The devices converted the weapon into a machinegun and were determined to be a "machinegun" as defined in 26 U.S.C. § 5845(b). Further, numerous of the "Glock switch" style MCDs, from the group of MCDs purchased from MOSQUEDA, were inserted into a Glock pistol and test fired. With the MCDs installed, the Glock pistol fired numerous rounds automatically. The devices converted the weapon into a machinegun and were determined to be a "machinegun" as defined in 26 U.S.C. § 5845(b).

19

25.     Between October 27, 2023, and October 30, 2023, CI-2 exchanged phone contacts with MOSQUEDA through the end-to-end encrypted messaging service "WhatsApp" to arrange a future firearm transaction.

26.     On October 30, 2023, the ATF and the DEA conducted a controlled purchase operation involving CI-2 who agreed to purchase MCDs and two PMF pistols from MOSQUEDA. Prior to the transaction, CI-2 and MOSQUEDA agreed to conduct the transaction in the Las Vegas, Nevada area through recorded contacts via the WhatsApp application. Prior to the transaction, surveillance units followed the CI vehicle to the area of MOSQUEDA's residence. The CI vehicle was parked just south of the residence on Terrazzo Avenue. During the transaction, surveillance units observed MOSQUEDA walk towards the CI vehicle carrying a black backpack. Moments later, MOSQUEDA entered the CI vehicle, removed a black firearm box from the backpack, and handed it to CI-2. CI-2 then opened the black box and removed a plastic bag containing MCDs. During this time, MOSQUEDA confirmed the quantity of MCDs in the bag. MOSQUEDA then removed one of the PMF pistols from the box and racked it, reference video still image below captured at or about this time.



27.     Shortly after, CI-2 handed MOSQUEDA $2,000.00 of pre-recorded currency for the firearms. Moments later, MOSQUEDA exited the CI vehicle carrying the black backpack. Surveillance units observed MOSQUEDA walk from the CI vehicle to the back patio door of his residence. At or about this time, the CI vehicle departed the area and was followed by surveillance units to a predetermined meeting location where agents took custody of the firearms. CI-2 purchased two PMF 9mm pistols, 20 "Glock switch" style MCDs, and 30 AR "drop in" style MCDs from MOSQUEDA. Below is an image of the items purchased from MOSQUEDA on October 30, 2023:



28.     On or about October 23, 2023, you Affiant conducted an ATF Federal Licensing System Database query of MOSQUEDA identifiers. The query resulted in MOSQUEDA not having, nor as he ever applied for, a license to engage in the business of dealing firearms.

///

21

1

### CONCLUSION

2   29.   Based upon the information set forth in this application, your Affiant respectfully

3   submits that there is probable cause to believe that JAMES MOSQUEDA committed the

4   offenses of 18 U.S.C. § 922(a)(1)(A), *Dealing, Importing, or Manufacturing a Firearm Without a*

5   *License*; 18 U.S.C. § 933(a)(1), *Trafficking in Firearms*; 18 U.S.C. § 922(o), *Illegal Possession or*

6   *Transfer of a Machinegun*, and 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii), *Distribution of a Controlled*

7   *Substance (Methamphetamine).*

8

9   _____

10  Brandon May, Special Agent
    Alcohol, Tobacco, Firearms, and Explosives
11  (ATF)

12

13  Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

14  telephone on ___9th___ day of November 2023.

15

16

17  _____
    HONORABLE DANIEL J. ALBREGTS
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24