

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br>District of Nevada<br>Nevada Bar Number 7709<br>ALLISON REESE<br>Assistant United States Attorney<br>Nevada Bar Number 13977<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101<br>(702) 388-6336 / Fax: (702) 388-5087<br>Allison.Reese@usdoj.gov<br>*Attorneys for United States of America* | **FILED.**<br>DATED: 2:58 pm, November 09, 2023<br>U.S. MAGISTRATE JUDGE |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MOSQUEDA,<br><br>    Defendant. | Case No.: 2:23-mj-00969-DJA<br><br>**MOTION TO SEAL** |

COMES NOW the United States of America, by and through Jason M. Frierson, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of 18 U.S.C. § 922(a)(1)(A), *Dealing, Importing, or Manufacturing a Firearm Without a License*; 18 U.S.C. § 933(a)(1), *Trafficking in Firearms*; 18 U.S.C. § 922(o), *Illegal Possession or Transfer of a Machinegun*, and 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii), *Distribution of a Controlled Substance*

1

*(Methamphetamine)* that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will jeopardize the investigation, including by giving additional targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. Accordingly, there is reason to believe that notification of the existence of complaint will seriously jeopardize the investigation, as noted previously, and would likely place law enforcement at higher risk of confrontation when securing the arrest of the targets.

DATED: November 9, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*Allison Reese*

ALLISON REESE
Assistant United States Attorney

FILED.
DATED: 2:58 pm, November 09, 2023
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MOSQUEDA,<br><br>Defendant. | Case No.: 2:23-mj-00969-DJA<br><br>**ORDER TO SEAL** |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this <u>9th</u> day of November, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3