JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Allison.Reese@usdoj.gov
*Attorneys for the United States of America*



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MOSQUEDA,<br>AKA "JIMMY,"<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-0015-RFB-NJK<br><br>**VIOLATIONS:**<br><br>Count One:<br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>Count Two:<br>18 U.S.C. §§ 933(a)(1), and 924(d)(1) – Trafficking in Firearms<br><br>Count Three:<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of a Controlled Substance (Methamphetamine)<br><br>Counts Four, Five, Six, Seven, and Eight:<br>18 U.S.C. §§ 922(o) and 924 (a)(2)– Unlawful Transfer or Possession of Machinegun |

1

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

Beginning on or about a date unknown, and continuing up to and including November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms that is, the defendant manufactured and sold privately made firearms and machine gun conversion devices, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
*Trafficking in Firearms*
(18 U.S.C. §§ 933(a)(1) and 924(d)(1))

Beginning on or about September 26, 2023, and continuing up to and including on or about November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, knowingly transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 924(d)(1).

**COUNT THREE**
*Distribution of a Controlled Substance (Methamphetamine)*
(21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii))

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT FOUR**
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 2, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

**COUNT FIVE**
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 12, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

### COUNT SIX
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapons, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

### COUNT SEVEN
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 30, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

### COUNT EIGHT
*Unlawful Possession or Transfer of a Machinegun*
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to

shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

DATED: this 24th day of January, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*[signature]*

ALLISON REESE
Assistant United States Attorney