1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  LAUREN M. IBANEZ
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   Lauren.Ibanez@usdoj.gov
6  *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-0015-RFB-NJK |
|---|---|
| Plaintiff, | **CRIMINAL INFORMATION** |
| v. | VIOLATIONS: |
| JAMES MOSQUEDA, AKA "JIMMY," | Count One: 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Without a License |
| Defendant. | Counts Two: 18 U.S.C. §§ 933(a)(1) and 924(d)(1) – Trafficking in Firearms |
| | Count Three 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of a Controlled Substance |
| | Counts Four through Eight: 18 U.S.C. §§ 922(o) and 924(a)(2) – Unlawful Transfer of Possession of a Machinegun |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA

CHARGES THAT:

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Without a License*

Beginning on or about a date unknown, and continuing up to and including on or about November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms that is, the defendant manufactured and sold privately made firearms and machine gun conversion devices all in violation of Title 18, United States Code, Sections 922(a)(1)(A) 923(a), and 924(a)(1)(D).

## COUNT TWO
*Trafficking in Firearms*

Beginning on or about September 26, 2023, and continuing up to and including on or about November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, knowingly transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 924(d)(1).

## COUNT THREE
*Distribution of a Controlled Substance*

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FOUR
*Unlawful Possession of a Machinegun*

On or about October 2, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE
*Unlawful Possession of a Machinegun*

On or about October 12, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

## COUNT SIX
*Unlawful Possession of a Machinegun*

On or about October 20, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

### COUNT SEVEN
*Unlawful Possession of a Machinegun*

On or about October 30, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

### COUNT EIGHT
*Unlawful Possession of a Machinegun*

On or about November 15, 2023, in the State and Federal District of Nevada,

**JAMES MOSQUEDA, aka "Jimmy,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling a firearm to shoot more than one shot, without manual reloading, by a

///
///
///
///

single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

DATED:  this 3rd day of October 2024.

                                      JASON M. FRIERSON
                                      United States Attorney

                                      _/s/ *Lauren M. Ibanez*_____
                                      LAUREN M. IBANEZ
                                      Assistant United States Attorney