RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for James Mosqueda

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MOSQUEDA,<br><br>    Defendant. | Case No. 2:24-cr-00015-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for James Mosqueda, that the Sentencing hearing set for January 31, 2025, at 10:45 AM, be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. The United States Probation Office has requested additional time to prepare the presentence report.

2. Mr. Mosqueda is detained and consents to the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. This is the first request for continuance of the sentencing hearing.

DATED: December 13, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ *Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MOSQUEDA,<br><br>　　　　Defendant. | Case No. 2:24-cr-00015-RFB-NJK<br><br>**Order** |

Based on the Stipulation of counsel, and good cause appearing,

    **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for January 31, 2025, at 10:45 AM, be vacated and continued to be vacated and continued to March 28, 2025 at 9:15 a.m.　　　　　:

    DATED this 16th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

3